IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-33-1-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WAYMOND SCOTT PARRISH | ) | |

This matter is before the Court on the government's appeal of the order of United States Magistrate Judge James E. Gates setting conditions of pre-trial release for defendant. [DE 28]. The order was stayed on the government's filing of its appeal and defendant was remanded to the custody of the United States Marshal. Defendant, after conferring with counsel, states that he waives all further detention hearings and declines conditions of release already entered. [DE 30].

Accordingly, the government's appeal is MOOT and defendant is ordered to remain detained pending arraignment and trial.

SO ORDERED, this 18 day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE