IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-33-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAYMOND SCOTT PARRISH | ) | |

Defendant, Waymond Parrish, has asked the Court to reconsider the sentence imposed on August 18, 2016, at Wilmington, North Carolina. The Court sentenced Mr. Parrish to, *inter alia*, a term of sixty months' imprisonment. [DE 64].

There are limited exceptions to the general rule that a court is without the power to modify a term of imprisonment once it has been imposed. *See* 18 U.S.C. § 3582(c). Counsel for Mr. Parrish asks the Court to reconsider the sentence imposed because during the sentencing hearing counsel failed to articulate an aspect of the nature of Mr. Parrish's offense, specifically that Mr. Parrish and his co-defendant held for personal use much of the methamphetamine they produced as opposed to distributing it to others. Counsel's argument has not persuaded the Court that the sentence imposed in this matter warrants modification, and the motion to reconsider sentence [DE 66] is DENIED.

SO ORDERED, this 31 day of August, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE