UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-33-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WAYMOND SCOTT PARRISH | ORDER |

On motion of the Defendant, Waymond Scott Parrish, and for good cause shown, it is hereby ORDERED that the Corrected Sentencing Memorandum at Docket Entry #61 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the 2 day of September, 2016.

TERRENCE W. BOYLE
United States District Judge